1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                      UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12
   ISRAEL P. LEON,                          )
13                                          )   No. C 06-3024 MHP
                    Petitioner,             )
14                                          )
                v.                          )
15                                          )   STIPULATION OF DISMISSAL and
   MICHAEL CHERTOFF, in his Official Capacity, )   [PROPOSED] ORDER
16 Secretary, Department of Homeland Security; )
   ALBERTO GONZALES, in his Official Capacity,)
17 Attorney General, Department of Justice, and )
   NANCY ALCANTAR, Field Office Director,   )
18 San Francisco, California, United States Bureau )
   of Immigration and Customs Enforcement,  )
19                                          )
                    Respondents.            )
20 _____ )

21      Petitioner, by and through his attorney of record, and Respondents, by and through their

22 attorneys of record, hereby stipulate to dismiss the petition for writ of habeas corpus in the above-

23 entitled proceeding without prejudice.  On May 4, 2006, an immigration judge granted Petitioner

24 relief from removal and the government will not be appealing the immigration judge's decision.

25 On May 9, 2006, the Department of Homeland Security released the petitioner from detention,

26 rendering the petition moot.

27      Accordingly, the parties respectfully request that the Court dismiss the petition.

28 The parties will bear their own costs.

Stip. to Dismiss
C06-3024 MHP

1  Dated: May 11, 2006                              Respectfully submitted,

2                                                   KEVIN V. RYAN
                                                    United States Attorney
3

4                                                   _____
                                                          /s/
                                                    ILA C. DEISS
5                                                   Assistant United States Attorney
                                                    Attorney for Respondents
6

7

8  Dated: May 12, 2006                              _____
                                                          /s/
9                                                   RICHARD L. COSHNEAR
                                                    Attorney for Petitioner
10

11

12                                    **ORDER**

13      Pursuant to the parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED

14  THAT this case is dismissed.  Each party shall bear its own costs.

15

16  Dated:  May 15, 2006                            _____
                                                    MARILYN HALL PATEL
17                                                  United States District Judge

18                                                  IT IS SO ORDERED

19

20                                                  Judge Marilyn H. Patel

21

22

23

24

25

26

27

28

Stip. to Dismiss
C06-3024 MHP